# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Philip Smith, | No. CV-17-03148-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff's first amended complaint (Doc. 8) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 22). The R&R, which was issued on November 28, 2018, recommended that the first amended complaint be dismissed without prejudice for failure to prosecute. It further provided that "[t]he parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. . . . Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review." (Doc. 22 at 4.)

Here, no such objections have been filed. Thus, the Court accepts the Magistrate Judge's recommendation. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o

review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1221 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly, **IT IS ORDERED** that the R&R (Doc. 22) is accepted and adopted, that the first amended complaint (Doc. 8) is dismissed without prejudice, and that the Clerk of Court should enter judgment accordingly.

Dated this 4th day of February, 2019.

Dominic W. Lanza
United States District Judge